UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY LEE et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZIAD BATAL, <br><br> Defendant. | Case No. 2:22-cv-02988-SB-JEM <br><br> ORDER TO SHOW CAUSE |

  The Court ordered the parties to contact the assigned magistrate judge to schedule an early mediation session on September 23, 2022.  Dkt. No. 30.  The parties did not do so and subsequently requested an extension of their settlement conference deadline.  The Court granted in part the extension request and gave the parties until February 17, 2023 to hold a settlement conference with the assigned magistrate judge.  Dkt. No. 51.  Despite this deadline, a settlement conference was set for March 2, 2023, Dkt. No. 52, and has since been continued by the magistrate judge to March 16, 2023, Dkt. No. 59.  The Court hereby orders the parties to show cause (OSC) on March 3, 2023 at 8:30 a.m. in Courtroom 6C why sanctions should not be imposed for their failure to adhere to the Court's orders.  Responses to this OSC are due no later than February 28, 2023 at 9:00 a.m.  The Court recognizes that the rescheduling of the parties' settlement conference from March 2 to March 16 was beyond their control, and the parties should therefore focus their responses on their failure to schedule a settlement conference by the February 17 deadline.

IT IS SO ORDERED.

Date: February 21, 2023

                               Stanley Blumenfeld, Jr.
                               United States District Judge